UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**LESLIE L STUART**                      **CASE NO. 3:21-CV-01231**

**VERSUS**                            **JUDGE TERRY A. DOUGHTY**

**JAY RUSSELL ET AL.**               **MAG. JUDGE KAYLA D. MCCLUSKY**

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 36] previously filed herein, and having thoroughly reviewed the record, noting the lack of objections filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Motion to Set Aside Settlement Agreement [Doc. No. 29], is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Enforce Settlement Agreement and to Set Evidentiary Hearing Thereon [Doc. No. 27], is **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this case is **REOPENED**.

Monroe, Louisiana, on this 23rd day of August, 2023.

                                      **TERRY A. DOUGHTY**
                                **UNITED STATES DISTRICT JUDGE**